UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:06CR227

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **FINAL** |
| STEVEN ANDRE HEMPHILL ) | **ORDER OF FORFEITURE** |
| ) | |

**THIS MATTER** is before the Court on the Government's motion for entry of a final order of forfeiture.

On January 18, 2007, judgment was entered against the Defendant and included the forfeiture of the properties listed below. The judgment was based on the Defendant's plea of guilty to Count One in the Bill of Indictment. In that Count, the Defendant was charged with conspiracy to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846. In his plea of guilty, the Defendant agreed to forfeit the properties listed below.

On June 11, 2007, the United States published in the *Transylvania Times*, Brevard, North Carolina, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

**IT IS THEREFORE ORDERED** that the Government's motion is **ALLOWED**.

**IT IS FURTHER ORDERED THAT:**

All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

- **1997 FORD EXPEDITION VIN 1FMFU18LXVLC32951**

- **1991 FORD THUNDERBIRD VIN 1FAPP60T3MH107399**

Signed: September 13, 2007

Lacy H. Thornburg
United States District Judge